**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JOY ELLISON, | ) | |
| | ) | Case No. 1:17-cv-02236 |
| Plaintiff, | ) | |
| | ) | Judge: Samuel Der-Yeghiayan |
| v. | ) | |
| | ) | Magistrate Judge: Michael T. Mason |
| FULLETT ROSENLUND ANDERSON P.C. , | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Plaintiff Joy Ellison respectfully asks the Court to enter an order granting summary judgment in her favor and against defendant Fullett, Rosenlund, Anderson P.C. ("FRA").

In support of this motion, plaintiff states as follows:

1.     Plaintiff received a letter from FRA seeking to collect a homeowners association debt.

2.     Plaintiff's responsibility for the debt had been discharged in bankruptcy.

3.     The letter from FRA did not inform plaintiff that no amounts were sought personally from her.

4.      The letter from FRA led plaintiff to believe FRA sought to collect a debt from her personally.

5.     Defendant's misleading letter violated §§ 1692e, e(2), e(5), e(10) of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 *et seq*.

WHEREFORE, for the reasons stated above, and those set forth in the Local Rule 56.1(a)(3) Statement of Material Facts and the memorandum of law which accompany this motion, Plaintiff respectfully ask the Court to enter an order granting her summary judgment.

1

Respectfully submitted,

s/ Emiliya Gumin Farbstein
Emiliya Gumin Farbstein

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Emiliya Gumin Farbstein
EDELMAN, COMBS, LATTURNER
& GOODWIN, L.L.C.
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX) (may use for service of pleadings)
Email address for service: courtecl@edcombs.com

## CERTIFICATE OF SERVICE

I, Emiliya Gumin Farbstein, certify that on January 19, 2018, a true and accurate copy of the foregoing document was filed via the Court's CM/ECF system, and notification of such filing was sent to the following parties:

Jason L. Santos
David M. Schultz
dschultz@hinshawlaw.com
Jsantos@hinshawlaw.com

Louis J. Manetti, Jr.
Lmanetti@hinshawlaw.com


s/Emiliya Gumin Farbstein
Emiliya Gumin Farbstein


Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Emiliya Gumin Farbstein
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)