IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOY ELLISON, on behalf of a class, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:17-cv-02236 |
| FULLETT ROSENLUND ANDERSON P.C., | ) Judge Hon: Samuel Der-Yeghiayan |
| Defendant. | ) Magistrate Judge: Michael T. Mason |

## DEFENDANT FULLETT ROSENLUND ANDERSON P.C.'S MOTION FOR SUMMARY JUDGMENT

Defendant, Fullett Rosenlund Anderson P.C. ("FRA"), through its counsel, David M. Schultz, Jason Santos, and Louis J. Manetti, Jr., move this court pursuant to Federal Rule of Civil Procedure 56 for summary judgment on all counts of Plaintiff's complaint, and in support of its motion, states as follows:

1. In her complaint, Plaintiff Joy Ellison claims that Defendant FRA violated several provisions of the Fair Debt Collection Practices Act.

2. FRA is entitled to summary judgment as to these claims because, as more fully set forth in the memorandum of law being filed contemporaneously with and in support of this motion, no genuine issue of fact exists as to Ellison's claims.

3. In addition to the memorandum of law in support of summary judgment, FRA files its statement of material facts pursuant to Northern District of Illinois L.R. 56.1(a)(3).

WHEREFORE, Defendant Fullett Rosenlund Anderson P.C. respectfully requests that the Court grant judgment in its favor and against Plaintiff, and/or grant any other relief to the Defendant that is equitable and just.

Respectfully submitted on behalf of
Defendant, Fullett Rosenlund Anderson P.C.


*/s/ Louis J. Manetti, Jr.*
David M. Schultz
Jason Santos
Louis J. Manetti, Jr.
HINSHAW & CULBERTSON, LLP
222 N. LaSalle, Suite #300
Chicago, IL 60601
Tel: 312-704-3000
dschultz@hinshawlaw.ocm
jsantos@hinshawlaw.com
lmanetti@hinshawlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 19, 2018 I electronically filed Defendant, Fullett Rosenlund Anderson P.C.'s Motion for Summary Judgment with the Clerk of the Court using the CM/ECF system, reflecting service to be served upon all parties of record.


*/s/ Louis J. Manetti, Jr.*