EXHIBIT 4

Attorney No. 6198538

FILED

IN THE CIRCUIT COURT OF THE 19th JUDICIAL CIRCUIT
LAKE COUNTY, ILLINOIS

| Brookside Village Neighborhood Association,<br>Plaintiff,<br><br>vs.<br><br>Joy Ellison and All Unknown Occupants,<br>Defendants. | OCT 1 6 2017<br><br>NO. 17 LM 1423 Ema Cennaujel Weingaca CIRCUIT CLERK |
|---|---|

AGREED

## JUDGMENT AND ORDER FOR POSSESSION

This Matter coming on to be heard on the Complaint of the Plaintiff, with the issues having been heard and determined by the Court, and said Court having found that the Plaintiff is entitled to judgment for common expenses and possession of the property described herein:

**IT IS HEREBY ORDERED:**

1.   That Plaintiff have and recover of and from Defendants 36205 North Old Creek Court % Joy Ellison and All Unknown Occupants, possession of the following described property: 36205 North Old Creek Court, Gurnee, IL 60031 including storage, parking and/or the garage, if any.

2.   That Plaintiff have and recover judgment in the amount of $ 6,070.00 , comprised of $ 4,145.00 in common expenses, attorneys' fees in the amount of $ 1,660.00 , plus costs in the amount of $265.00 of and from:

☑   In Rem against the property located at: 36205 North Old Creek Court, Gurnee, IL 60031

3.   Pursuant to Section 9-111 of the Illinois Code of Civil Procedure, the Defendant(s) 36205 North Old Creek Court % Joy Ellison must pay the proportionate share of the common expenses attributable to the property for the period subsequent to that time period covered by the judgment. Plaintiff shall not be subject to or bound by any restrictive endorsement contained on payments made subsequent to this Order.



4.   That Pursuant to Section 9-104.2 of the Illinois Code of Civil Procedure, Defendant's/Defendants' interest in any lease for the property is assigned to Plaintiff and any rents hereinafter due Defendant(s) or their agent under said lease shall be paid to Plaintiff until further order of Court.

5.   That enforcement of the possession order of this judgment is stayed until _January 14, 2018_.

6.   The Sheriff of the County in which the property is located in is hereby directed to evict the residents upon the expiration of the stay on enforcement on the Order for Possession.  If the property is vacant, possession is granted upon expiration of the stay without use of the Sheriff.

7.   The Court finding that Section 9-117 of the forcible entry and detainer provisions of the Illinois Code of Civil Procedure is not applicable to condominium or common-interest community associations.

8.   Pursuant to Supreme Court Rule 304(a) there is no just reason for delaying either enforcement or appeal of this Order.

DATED: _____October 16, 2017_____

ENTERED: _____Daniel L. Jasica_____

(Judge)

Fullett Rosenlund Anderson PC
Attorneys for Plaintiff
430-440 Telser Road
Lake Zurich, IL 60047
847-222-9600
Our File No. 015-826

_Jay C. Ellison_

_Jay Ellison on behalf of the Property on All Unknown Occupants_