# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JOY ELLISON, on behalf of a class, | ) |
| Plaintiff, | ) |
| | ) Case No. 1:17-cv-02236 |
| v. | ) |
| | ) Judge Hon: Harry Leinenweber |
| FULLETT ROSENLUND ANDERSON P.C., | ) |
| | ) Magistrate Judge: Michael T. Mason |
| Defendant. | ) |

## NOTICE OF SETTLEMENT

Plaintiff Joy Ellison, through her attorneys Edelman, Combs, Latturner & Goodwin, LLC, hereby informs this Court that the parties have reached a settlement which will resolve the case in its entirety. Plaintiff expects to complete the settlement within the next 30 days and file a stipulation to dismiss. Plaintiff requests that this Court strike all pending dates.

    Respectfully submitted,

    s/David Kim
    David Kim

Daniel A. Edelman
Cathleen M. Combs
David Kim
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark St, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

**CERTIFICATE OF SERVICE**

      I, David Kim, hereby certify that on Wednesday, June 5, 2019, a true and accurate copy of the foregoing document was filed via the Court's CM/ECF system, which caused to be served a true and accurate copy of such filings via email upon all counsel of record.

                                                s/David Kim
                                                David Kim

Daniel A. Edelman
Cathleen M. Combs
David Kim
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark St, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)