## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Joy Ellison
                                Plaintiff,

v.                                                         Case No.: 1:17−cv−02236
                                                        Honorable Harry D. Leinenweber

Fullett Rosenlund Anderson P.C.
                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 29, 2019:

      MINUTE entry before the Honorable Harry D. Leinenweber: A notice of voluntary dismissal having been filed, this case is dismissed as set forth in the dismissal. Civil case terminated. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.